United States District Court
Southern District of Texas
**ENTERED**
September 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **TRANSPORTES DE CARGA FEMA S.A. DE C.V.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 5:25-CV-0255** |
| | § | |
| **HYUNDAI TRANSLEAD, INC., AND W&B SERVICE COMPANY, LLC,** | § | |
| **Defendants.** | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of the United States Magistrate Judge, (Dkt. No. 25), pertaining to Plaintiff's Motion to Remand and Motion for Payment of Just Costs and Actual Expenses, (Dkt. No. 6), and Defendant W&B Service Company, LLC's Motion to Dismiss, (Dkt. No. 2). The Court referred the matters to the Magistrate Judge for a report and recommendation. (Dkt. No. 24).

In his report and recommendation, Magistrate Judge dos Santos recommends that Plaintiff's Motion to Remand, (Dkt. No. 6), be **GRANTED in part** and that the case be **REMANDED** to the 341st Judicial District Court of Webb County, Texas. Judge dos Santos also recommends that Plaintiff's motion be **DENIED** to the extent that Plaintiff requests just costs and actual expenses. Judge dos Santos further recommends that Defendant W&B's Rule 12(b)(6) Motion to Dismiss, (Dkt. No. 2), be **DENIED as moot**.

Objections to the report and recommendation were due on September 4, 2026, and no objections were filed by any party. Given that there are no objections, pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the report and recommendation and applied the "clearly erroneous, abuse of discretion and contrary to law" standard of review. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Finding no abuse of discretion or clearly erroneous findings, the Court hereby **ADOPTS IN WHOLE** the report and recommendation, (Dkt. No. 25). Plaintiff's Motion

to Remand, (Dkt. No. 6), is **GRANTED in part** and this case is **REMANDED** to the 341st Judicial District Court of Webb County, Texas. Plaintiff's request for payment of costs and expenses is **DENIED**. Defendant W&B's Rule 12(b)(6) Motion to Dismiss, (Dkt. No. 2), is **DENIED as moot**.

It is so **ORDERED**.

**SIGNED** on September 8, 2026.

John A. Kazen
United States District Judge